ALEJANDRO P. GUTIERREZ, Bar No. 107688
BRETT B. MCMURDO, Bar No. 293050
HATHAWAY, PERRETT, WEBSTER, POWERS,
CHRISMAN & GUTIERREZ
5450 Telegraph Road, Suite 200
Ventura, CA 93006-3577
Telephone: 805.644.7111
Fax No. 805.644.8269

Attorneys for Plaintiff
VERNON LOWDON

BARBARA A. BLACKBURN, Bar No. 253731
BRITNEY N. TORRES, Bar No. 287019
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828
bblackburn@littler.com
btorres@littler.com

Attorneys for Defendants
CARBOLINE COMPANY, CHRISTOPHER
TIERNAY, EDWARD MOORE; JEFFREY
REDFEARN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON LOWDON, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>CARBOLINE COMPANY, a Delaware corporation; CHRISTOPHER TIERNAY, an individual; EDWARD MOORE, an individual; JEFFREY REDFEARN, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:18-CV-02865-JAM-EFB<br><br>**STIPULATION AND ORDER REGARDING FIRST AMENDED COMPLAINT** |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

FIRMWIDE:159504122.1 056205.1225

Case No. 2:18-CV-02865-JAM-EFB

STIPULATION AND [PROPOSED] ORDER REGARDING FIRST AMENDED COMPLAINT

**STIPULATION**

Plaintiff VERNON LOWDON ("Plaintiff") and Defendants CARBOLINE COMPANY ("Carboline"), CHRISTOPHER TIERNAY, EDWARD MOORE; and JEFFREY REDFEARN (collectively, "Individual Defendants"; Carboline and Individual Defendants are referred to together as "Defendants"), by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

WHEREAS Plaintiff initiated this lawsuit by filing his Complaint in Placer County Superior Court on September 6, 2018 against Defendants;

WHEREAS Defendants filed a notice of removal and removed this action to the United States District Court for the Eastern District of California on October 26, 2018;

WHEREAS Defendants intended to file a motion to dismiss in response to Plaintiff's Complaint and conferred with Plaintiff's counsel regarding their position pursuant to the Court's standing order;

WHEREAS Plaintiff agreed to dismiss the Individual Defendants and file an amended Complaint against Carboline by November 9, 2018;

WHEREAS Federal Rule of Civil Procedure 15(a)(2) permits a party to amend its pleading with the opposing party's written consent;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Defendants are not required to respond to Plaintiff's Complaint;
2. Plaintiff shall file and serve a First Amended Complaint against Carboline by November 9, 2018;
3. The Individual Defendants are dismissed without prejudice; and
4. Defendant shall have thirty days from the date of filing of the First Amended Complaint to file a responsive pleading.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

FIRMWIDE:159504122.1 056205.1225

2.

Case No. 2:18-CV-02865-JAM-EFB

STIPULATION AND [PROPOSED] ORDER REGARDING FIRST AMENDED COMPLAINT

Dated: November 1, 2018

*/s/ Alejandro P. Gutierrez (as authorized on 10.31.18*
ALEJANDRO P. GUTIERREZ
BRETT B. MCMURDO, Bar No. 293050
HATHAWAY, PERRETT, WEBSTER, POWERS,
CHRISMAN & GUTIERREZ
Attorneys for Plaintiff
VERNON LOWDON

Dated: November 1, 2018

*/s/ Britney N. Torres*
BARBARA A. BLACKBURN
BRITNEY N. TORRES
LITTLER MENDELSON, P.C.
Attorneys for Defendants
CARBOLINE COMPANY, CHRISTOPHER TIERNAY, EDWARD MOORE; JEFFREY REDFEARN

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

FIRMWIDE:159504122.1 056205.1225

3.

Case No. 2:18-CV-02865-JAM-EFB

STIPULATION AND [PROPOSED] ORDER REGARDING FIRST AMENDED COMPLAINT

**ORDER**

The COURT, having considered the above stipulation, HEREBY ORDERS that:

1. Defendants are not required to respond to Plaintiff's Complaint;
2. Plaintiff shall file and serve a First Amended Complaint against Carboline Company by November 9, 2018;
3. The Individual Defendants (Christopher Tiernay, Edward Moore, and Jeffrey Redfearn) are dismissed without prejudice; and
4. That Defendant shall have thirty days from the date of filing of the First Amended Complaint to file a responsive pleading.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATE: 11/1/2018 /S/ JOHN A. MENDEZ
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

FIRMWIDE:159504122.1 056205.1225         4.         Case No. 2:18-CV-02865-JAM-EFB

STIPULATION AND [PROPOSED] ORDER REGARDING FIRST AMENDED COMPLAINT