1  ALEJANDRO P. GUTIERREZ, Bar No. 107688
   BRETT B. MCMURDO, Bar No. 293050
2  HATHAWAY, PERRETT, WEBSTER, POWERS,
   CHRISMAN & GUTIERREZ
3  5450 Telegraph Road, Suite 200
   Ventura, CA 93006-3577
4  Telephone: 805.644.7111
   Fax No.    805.644.8269
5
   Attorneys for Plaintiff
6  VERNON LOWDON

7  BARBARA A. BLACKBURN, Bar No. 253731
   BRITNEY N. TORRES, Bar No. 287019
8  LITTLER MENDELSON, P.C.
   500 Capitol Mall
9  Suite 2000
   Sacramento, CA 95814
10 Telephone: 916.830.7200
   Fax No.:   916.561.0828
11 bblackburn@littler.com
   btorres@littler.com
12
   Attorneys for Defendant
13 CARBOLINE COMPANY

14

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON LOWDON, an individual, | Case No. 2:18-CV-02865-JAM-EFB |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER STRIKING EXTRANEOUS DAMAGE REQUESTS FROM PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| CARBOLINE COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**STIPULATION**

Plaintiff VERNON LOWDON ("Plaintiff") and Defendant CARBOLINE COMPANY ("Defendant"), by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

WHEREAS Plaintiff initiated this lawsuit by filing a Complaint in Placer County Superior Court on September 6, 2018 against Defendant;

WHEREAS Defendant filed a notice of removal and removed this action to the United States District Court for the Eastern District of California on October 26, 2018;

WHEREAS Plaintiff filed a First Amended Complaint pursuant to the parties' stipulation, dismissing individual defendants and eliminating three causes of action, on November 8, 2018;

WHEREAS Plaintiff inadvertently included categories of damages in the prayer for relief in his First Amended Complaint that are not recoverable on the causes of action contained in the First Amended Complaint; and

WHEREAS Plaintiff has agreed to strike the following from the prayer for relief in his First Amended Complaint:

- FAC, 11:22-23: "7. For any other special damages, including but not limited to, lost future earnings, benefits and other prospective damages in an amount according to proof at the time of trial;"
- FAC, 11:25-26: "9. For punitive and exemplary damages in an amount according to proof at the time of trial;"

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. That the following is stricken from the prayer for relief in Plaintiff's First Amended Complaint:

   - FAC, 11:22-23: "7. For any other special damages, including but not limited to, lost future earnings, benefits and other prospective damages in an amount according to proof at the time of trial;"

FIRMWIDE:160363981.1 056205.1225    2.    Case No. 2:18-CV-02865-JAM-EFB

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIPULATION AND [PROPOSED] ORDER STRIKING EXTRANEOUS DAMAGE REQUESTS FROM PLAINTIFF'S FIRST AMENDED COMPLAINT

- FAC, 11:25-26: "9. For punitive and exemplary damages in an amount according to proof at the time of trial;"

2. If the Court issues an order pursuant to this stipulation on or before November 30, 2018, Defendant shall respond to the First Amended Complaint by December 7, 2018; and

3. If this stipulation is not ordered by the Court by November 30, 2018, Defendant shall have seven days from the entry of the order on this stipulation to file a responsive pleading.

Dated: November 15, 2018

*/s/ Alejandro P. Gutierrez (as authorized on 11.15.18)*
ALEJANDRO P. GUTIERREZ
BRETT B. MCMURDO, Bar No. 293050
HATHAWAY, PERRETT, WEBSTER, POWERS, CHRISMAN & GUTIERREZ
Attorneys for Plaintiff
VERNON LOWDON

Dated: November 15, 2018

*/s/ Britney N. Torres*
BARBARA A. BLACKBURN
BRITNEY N. TORRES
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CARBOLINE COMPANY

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

FIRMWIDE:160363981.1 056205.1225     3.     Case No. 2:18-CV-02865-JAM-EFB
JOINT STIPULATION AND [PROPOSED] ORDER STRIKING EXTRANEOUS DAMAGE REQUESTS FROM PLAINTIFF'S FIRST AMENDED COMPLAINT

**ORDER**

The COURT, having considered the above stipulation, HEREBY ORDERS that:

1. The following is stricken from the prayer for relief in Plaintiff's First Amended Complaint:

    - FAC, 11:22-23: "7. For any other special damages, including but not limited to, lost future earnings, benefits and other prospective damages in an amount according to proof at the time of trial;"
    - FAC, 11:25-26: "9. For punitive and exemplary damages in an amount according to proof at the time of trial;"

2. If this order is issued by the Court on or before November 30, 2018, Defendant shall respond to the First Amended Complaint by December 7, 2018; and

3. If this order is not issued by the Court by November 30, 2018, Defendant shall have seven days from the entry of this order to respond to the First Amended Complaint.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATE: 11/15/18         /S/ JOHN A. MENDEZ
                       HON. JOHN A. MENDEZ
                       UNITED STATES DISTRICT COURT JUDGE

FIRMWIDE:160363981.1 056205.1225        4.        Case No. 2:18-CV-02865-JAM-EFB
JOINT STIPULATION AND [PROPOSED] ORDER STRIKING EXTRANEOUS DAMAGE REQUESTS FROM PLAINTIFF'S FIRST AMENDED COMPLAINT

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200