ALEJANDRO P. GUTIERREZ, Bar No. 107688
agutierrez@hathawaylawfirm.com
HATHAWAY, PERRETT, WEBSTER, POWERS,
CHRISMAN & GUTIERREZ
5450 Telegraph Road, Suite 200
Ventura, CA 93006-3577
Telephone: 805.644.7111
Fax No. 805.644.8269

Attorneys for Plaintiff
VERNON LOWDON

BARBARA A. BLACKBURN, Bar No. 253731
bblackburn@littler.com
BRITNEY N. TORRES, Bar No. 287019
btorres@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendant
CARBOLINE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON LOWDON, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>CARBOLINE COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:18-CV-02865-JAM-EFB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Complaint filed 09/06/18<br>First Amended Complaint Filed: 11/08/18 |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: December 11, 2019

*/s/ Alejandro P. Gutierrez (as authorized on 12/11/19)*
ALEJANDRO P. GUTIERREZ
HATHAWAY, PERRETT, WEBSTER, POWERS, CHRISMAN & GUTIERREZ
Attorneys for Plaintiff
VERNON LOWDON

Dated: December 11, 2019

*/s/ Britney N. Torres*
BARBARA A. BLACKBURN
BRITNEY N. TORRES
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CARBOLINE COMPANY

DATED: 12/12/2019

/s/ John A. Mendez_____

United States District Court Judge

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VDRP

2.

Case No. 2:18-CV-02865-JAM-EFB