ALEJANDRO P. GUTIERREZ, Bar No. 107688
agutierrez@hathawaylawfirm.com
HATHAWAY, PERRETT, WEBSTER, POWERS,
CHRISMAN & GUTIERREZ
5450 Telegraph Road, Suite 200
Ventura, CA 93006-3577
Telephone: 805.644.7111
Fax No. 805.644.8269

Attorneys for Plaintiff
VERNON LOWDON

BARBARA A. BLACKBURN, Bar No. 253731
bblackburn@littler.com
BRITNEY N. TORRES, Bar No. 287019
btorres@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendant
CARBOLINE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON LOWDON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARBOLINE COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-CV-02865-JAM-EFB<br><br>**JOINT STIPULATION AND ORDER TO VACATE AND RESET TRIAL DATE AND PRE-TRIAL DEADLINES**<br><br>**(AS MODIFIED BY THE COURT)**<br><br>Complaint filed 09/06/18<br>First Amended Complaint Filed: 11/08/18<br><br>Trial Date: June 22, 2020 |

JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE AND RESET TRIAL DATE AND PRE-TRIAL DEADLINES

Case No. 2:18-CV-02865-JAM-EFB

## STIPULATION

Plaintiff Vernon Lowdon ("Plaintiff") and Defendant Carboline Company, ("Defendant") (Plaintiff and Defendant are collectively referred to herein as the "Parties"), by and through their counsel, hereby agree and stipulate as follows:

**WHEREAS,** the Parties have agreed to mediate Plaintiff's claims;

**WHEREAS,** the Parties have been referred to the Court's Voluntary Dispute Resolution Program ("VDRP");

**WHEREAS,** the Parties have met and conferred and are in the process of scheduling mediation through VDRP;

**WHEREAS,** the Parties will benefit from vacating and re-setting the trial date and pre-trial deadlines in order to allow them to focus on mediation through VDRP.

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, through their respective counsel of record, that the following trial date and pre-trial deadlines be vacated and reset as follows:

| Descriptions | Current Date | New Date |
| --- | --- | --- |
| Discovery Cut-Off | January 31, 2020 | March 31, 2020 |
| Last day to file dispositive motions | March 10, 2020 | May 8, 2020 |
| Final Pre-Trial Conference | May 15, 2020 | July 14, 2020 |
| Trial Date | June 22, 2020 | August 24, 2020 |

///
///
///
///
///
///
///
///

JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE AND RESET TRIAL DATE AND PRE-TRIAL DEADLINES

2.

Case No. 2:18-CV-02865-JAM-EFB

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

**IT IS SO STIPULATED.**

Dated: January 30, 2020

*/s/ Alejandro P. Gutierrez (as authorized on 01.30.20)*
ALEJANDRO P. GUTIERREZ
HATHAWAY, PERRETT, WEBSTER, POWERS,
CHRISMAN & GUTIERREZ
Attorneys for Plaintiff
VERNON LOWDON

Dated: January 30, 2020

*/s/ Britney N. Torres*
BARBARA A. BLACKBURN
BRITNEY N. TORRES
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CARBOLINE COMPANY

JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE AND RESET TRIAL DATE AND PRE-TRIAL DEADLINES

3.

Case No. 2:18-CV-02865-JAM-EFB

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

# ORDER (AS MODIFIED BY THE COURT)

Having reviewed the parties' stipulation, the Court GRANTS the request to vacate and reset the trial date and pre-trial deadlines as follows:

| Descriptions | New Date |
| --- | --- |
| Discovery Cut-Off | March 31, 2020 |
| Last day to file dispositive motions | May 5, 2020 with hearing on June 2, 2020 at 1:30 p.m. |
| Final Pre-Trial Conference | July 17, 2020 at 11:00 a.m.; Joint pretrial statement due July 10, 2020 |
| Trial Date | August 24, 2020 at 9:00 a.m. |

**IT IS SO ORDERED.**

Date: 2/3/2020

/s/ John A. Mendez
Judge for the United States District Court for the Eastern District of California

4843-7252-9587.1 056205.1225

JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE AND RESET TRIAL DATE AND PRE-TRIAL DEADLINES

4.

Case No. 2:18-CV-02865-JAM-EFB

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200